UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>KELLOGG COMPANY D/B/A KELLOGGS.COM,<br><br>      Defendant. | Case No. 2:21-cv-1446-JS-AKT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Michelle Tenzer-Fuchs hereby dismisses this action, and each cause of action asserted therein, with prejudice.

Dated: June 22, 2021

Respectfully submitted,

SHALOM LAW PLLC

By: /s/*Jonathan Shalom*
Jonathan Shalom, Esq.

Attorneys for Plaintiff

```
The Clerk of the Court is respectfully
directed to mark this case CLOSED.

SO ORDERED.

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.


 Dated: June 23, 2021
        Central Islip, New York
```

1